IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Markale-Alsamadi Sowell, Plaintiff

vs.   Case No: 3:21-CV-60-KRG-KAP

ALTOONA POLICE DEPARTMENT, ET AL,
Defendants

Jury Trial Demanded

## Motion For Default Judgement

And Now, comes Plaintiff, Markale-Alsamadi Sowell, Self representative in person, before this Court respectfully in a Motion for default Judgement in accordance to Fed. R. Civ. P. 55(a)

Plaintiff relies on the following:

1. Plaintiff filed an amended complaint naming Altoona Mirror Newspaper and their employee Breg Brock as a defendant, for deformation of character.
2. Neither Greg Brock nor the Altoona Mirror Newspaper Company responded to the complaint.
3. Plaintiff pleads for this Court to enter a default of Judgement against these named defendants, Greg Brock, Altoona Mirror Newspaper.

Affidavit in Support

I, Markate-Alsamadi Sowell, a living person, and not a fictional person, Strawman or corporation, do state that on the date of October 01, 2019, Greg Brock an employee for the Altoona Mirror Newspaper, falsely printed statements of the Plaintiff, Markate-Alsamadi Sowell, and I charge the defendants with defamation of my character. The defendants did not respond to my claim, and I respectfully ask of this Court to grant the judgement to the Plaintiff.

Respectfully
Markate-Alsamadi Sowell
Self-Representative

December 29, 2022.

**FILED**

JAN 03 2023

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA