IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKALE-ALSAMOD SOWELL, a/k/a MARKALE SOWELL, | ) ) ) Case No. 3:21-cv-60 |
| Plaintiff, | ) ) ) JUDGE KIM R. GIBSON |
| v. | ) ) |
| ALTOONA POLICE DEPARTMENT et al., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This matter is before Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

November 2, 2022, plaintiff Markale-Alsamod Sowell ("Plaintiff") filed the operative Amended Complaint against the Altoona Police Department and numerous other entities and persons (collectively, "Defendants") seeking damages for an allegedly unlawful arrest and dismissal of the criminal charges stemming therefrom. (ECF No. 34). From November 28–30, 2022, each defendant moved to dismiss the Amended Complaint for failure to state a claim. (ECF Nos. 36, 38, 40, 42). On December 14, 2022, Plaintiff filed a response to these motions to dismiss (styled as a "Motion for Default Judgment"). (ECF No. 44). On December 16, 2022, Defendants responded to Plaintiff's filing at ECF No. 44. (ECF No. 45).

On December 16, 2022, Magistrate Judge Pesto entered a Report & Recommendation ("R&R") recommending that the Court grant the motions to dismiss at ECF Nos. 36, 38, 40, and 42, and that it dismiss Plaintiff's Amended Complaint with prejudice. (ECF No. 46). In the R&R,

the Magistrate Judge notified Plaintiff that he would have fourteen days to file written objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). (*Id.* at 5). Because Plaintiff was an unregistered ECF user, his objections to the R&R were due by January 3, 2023. (*See generally id.*). Plaintiff filed timely objections on December 29, 2022. (ECF No. 48).

The Court has reviewed these objections and finds them to be without merit. Accordingly, upon de novo review of the above filings, the following order is entered:

**AND NOW**, this 5th day of July, 2023, **IT IS HEREBY ORDERED** that Magistrate Judge Pesto's R&R at ECF No. 46 is **ADOPTED** as the Opinion of the Court for its reasoning and conclusion.

**IT IS FURTHER ORDERED** that the motions to dismiss at ECF Nos. 36, 38, 40, and 42 are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint at ECF No. 34 is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to mark this case as closed.

**BY THE COURT:**

**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**

Notice by U.S. mail to:

**Markale-Alsamod Sowell**
KH2090
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA 19426